UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAMAR MAURICE WILLIAMSON                CIVIL ACTION

VERSUS                                  NUMBER: 08-4693

STATE OF LOUISIANA, ET AL.              SECTION: "J"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, State of Louisiana, the Parish of St. Tammany, the Slidell Police Department, Chief of Police Fred Drennan, Captain Rob Callahan, and Officer Shawn Maddox, are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 8th day of December, 2008.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```